# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NORTH DAKOTA
### SOUTHWESTERN DIVISION

| | | |
|---|---|---|
| Williston Basin Interstate Pipeline Company, | ) ) ) | |
| Plaintiff, | ) ) | **ORDER RE ADMISSION PRO HAC VICE** |
| vs. | ) ) | |
| Factory Mutual Insurance Company, | ) ) | Case No.  1:09-cv-034 |
| Defendant. | ) | |

Before the court is the Plaintiff's Motion for attorney David A. Luttinger, Jr. to appear *pro hac vice* on its behalf. In accordance with D.N.D. Gen. L.R. 1.3(D), attorney David A. Luttinger, Jr. has affirmed to submit to the Local Rules of the United States District Court for the District of North Dakota and to the jurisdiction of this court in matters of discipline. He has also paid the required admission fees to the office of the Clerk. Accordingly, the Plaintiff's motion (Docket No. 5) is **GRANTED**. Attorney David A. Luttinger, Jr. is admitted to practice before this court in the above-entitled action on behalf of the Plaintiff.

**IT IS SO ORDERED.**

Dated this 1st day of July, 2009.

*/s/ Charles S. Miller, Jr.*
Charles S. Miller, Jr.
United States Magistrate Judge