# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NORTH DAKOTA
### SOUTHWESTERN DIVISION

| | | |
|---|---|---|
| Williston Basin Interstate Pipeline Company, | ) ) ) | |
| Plaintiff, | ) ) | **ORDER** |
| vs. | ) ) | |
| Factory Mutual Insurance Company, | ) ) | Case No. 1:09-cv-034 |
| Defendant. | ) | |

Before the court is the Plaintiff's motions for attorneys Bruce A. Featherstone and John A. DeSisto to appear *pro hac vice* on its behalf. In accordance with D.N.D. Gen. L.R. 1.3(D), attorneys Bruce A. Featherstone and John A. DeSisto have affirmed to submit to the Local Rules of the United States District Court for the District of North Dakota and to the jurisdiction of this court in matters of discipline. They have also paid the required admission fees to the office of the Clerk. Accordingly, the Plaintiff's motions (Docket Nos. 14 and 15 ) are granted. Attorneys Bruce A. Featherstone and John A. DeSisto are admitted to practice before this court in the above-entitled action on behalf of the Plaintiff.

**IT IS SO ORDERED.**

Dated this 29th day of July, 2009.

*/s/ Charles S. Miller, Jr.*
Charles S. Miller, Jr.
United States Magistrate Judge