# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA
# SOUTHWESTERN DIVISION

| | | |
|---|---|---|
| Williston Basin Interstate Pipeline Company, | ) ) ) | |
| Plaintiff, | ) ) | **ORDER GRANTING STIPULATED MOTION TO AMEND SCHEDULING ORDER** |
| vs. | ) ) | |
| Factory Mutual Insurance Company, | ) ) | |
| | ) | Case No. 1:09-cv-034 |
| Defendant. | ) | |

_____

On March 16, 2010, the parties filed a Stipulated Motion to Amend Scheduling Order. The court **GRANTS** the parties' motion (Docket No. 30). The court's previous scheduling order shall be amended as follows:

1. Paragraph 3(i)-(iii) of the Order is revised to provide that the parties will make their disclosures pursuant to Rule 26(a)(2) according to the following schedule:

   i. Plaintiff shall provide its initial expert disclosures no later than May 7, 2010.

   ii. Defendant shall provide its expert disclosures no later than June 21, 2010.

   iii. Plaintiff shall provide expert disclosures in rebuttal or reply to defendant's expert disclosures no later than July 21, 2010.

2. Paragraph 6 is revised such that Williston Basin shall have to and including May 7, 2010, to move to amend pleadings to add claims for punitive damages.

**IT IS SO ORDERED.**

Dated this 17th day of March, 2010.

>   */s/ Charles S. Miller, Jr.*
>   Charles S. Miller, Jr.
>   United States Magistrate Judge