**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA
SOUTHWESTERN DIVISION**

| | | |
|---|---|---|
| Williston Basin Interstate Pipeline Company, | ) ) ) | |
| Plaintiff, | ) ) | **ORDER RE DISPOSITIVE MOTION DEADLINE** |
| vs. | ) ) | |
| Factory Mutual Insurance Company, | ) ) | Case No. 1:09-cv-034 |
| Defendant. | ) | |

___

The court held a status conference in the above-entitled action on March 17, 2010. Pursuant to the court's discussion with the parties, it shall further amend the scheduling order as follows:

9. The parties shall have until October 1, 2010, to file dispositive motions (summary judgment as to all or part of the case).

IT IS SO ORDERED.

Dated this 17th day of March, 2010.

*/s/ Charles S. Miller, Jr.*
Charles S. Miller, Jr.
United States Magistrate Judge