**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA
SOUTHWESTERN DIVISION**

| | | |
|---|---|---|
| Williston Basin Interstate Pipeline Company, | ) ) ) | |
| Plaintiff, | ) ) | **ORDER** |
| vs. | ) ) | |
| Factory Mutual Insurance Company, | ) ) | Case No. 1:09-cv-034 |
| Defendant. | ) | |

_____

The court convened a telephonic status conference at the parties' request on July 6, 2010, to address a discovery dispute that has arisen.

The court, pursuant to its discussion with the parties, directs the parties to file their respective discovery motions by July 13, 2010, with the understanding that, in lieu of supporting briefs, they may file the materials they submitted to the court in anticipation of aforementioned status conference. Thereafter, the parties shall have until July 20, 2010, to file a response to these motions.

**IT IS SO ORDERED.**

Dated this 9th day of July, 2010.

>  */s/ Charles S. Miller, Jr.*
>  Charles S. Miller, Jr.
>  United States Magistrate Judge