IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA
SOUTHWESTERN DIVISION

| | | |
|---|---|---|
| Williston Basin Interstate Pipeline Company, | ) ) ) | **ORDER** |
| Plaintiff, | ) ) | |
| vs. | ) ) | Case No. 1:09-cv-034 |
| Factory Mutual Insurance Company | ) ) ) | |
| Defendant. | ) | |

_____

On August 13, 2010, the parties filed a Joint Motion to Revise Briefing Schedule on Pending Motions and to Extend Expert Witness Deposition Deadlines. The court **GRANTS** the parties' motion (Docket No. 84). The court's previous scheduling order shall be amended as follows:

(1) The Responsive deadlines for Factory Mutual's Motion for Summary Judgment (Docket No. 59) are:

    Williston Basin's Opposition Brief:   September 15, 2010

    Factory Mutual's Reply Brief:   October 6, 2010

(2) The Responsive deadlines for Williston Basin's Motion For Leave To Amend Complaint To Seek Exemplary Damages (Docket No. 70) are:

    Factory Mutual's Opposition Brief:   September 10, 2010

    Williston Basin's Reply Brief:   October 1, 2010

(3) Expert witness depositions shall be completed by November 1, 2010.

**IT IS SO ORDERED.**

Dated this 17th day of August, 2010.

                                                  */s/ Charles S. Miller, Jr.*

                                                  Charles S. Miller, Jr., Magistrate Judge
                                                  United States District Court