**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA
SOUTHWESTERN DIVISION**

| | | |
|---|---|---|
| **WILLISTON BASIN INTERSTATE PIPELINE COMPANY,** | ) ) ) | **CIVIL ACTION NO. 1:09-cv-034** |
| Plaintiff, | ) ) | |
| vs. | ) ) | **CERTIFICATE OF SERVICE** |
| **FACTORY MUTUAL INSURANCE COMPANY,** | ) ) ) ) | |
| Defendant. | ) ) | |

I hereby certify that on November 19, 2010, Exhibit 2 to Williston Basin's Reply in Support of Its Motion for Partial Summary Judgment, filed under seal, was delivered via Federal Express, postage prep-paid, addressed to the following:

    Steven A. Storslee
    Chris A. Edison
    STORSLEE LAW FIRM, P.C.
    1900 Burnt Boat Drive, Suite 101
    P.O. Box 4007
    Bismarck, North Dakota 58502-4007
    sstorslee@storsleelaw.com
    cedison@storsleelaw.com

    Terrence R. Joy
    David S. Evinger
    Daniel W. Berglund
    Richard B. Allyn
    Gerardo Alcazar
    ROBINS, KAPLAN, MILLER & CIRESI LLP
    2800 LaSalle Plaza
    800 LaSalle Avenue
    Minneapolis, Minnesota  55402
    trjoy@rkmc.com
    dsevinger@rkmc.com
    dwberglund@rkmc.com
    rballyn@rkmc.com
    galcazar@rkmc.com

2

Dated:  November 19, 2010					Respectfully submitted,


							/s/ John A. DeSisto
							Bruce A. Featherstone
							John A. DeSisto
							FEATHERSTONE PETRIE DESISTO LLP
							600 17th Street, Suite 2400S
							Denver, Colorado 80202-5424
							Telephone:  303-626-7100
							Facsimile:   303-626-7101
							bfeatherstone@featherstonelaw.com
							jdesisto@featherstonelaw.com

							and

							James S. Hill, ND ID# 03158
							Rebecca S. Thiem, ND ID# 03693
							Zuger Kirmis & Smith
							316 North 5th Street
							P.O. Box 1695
							Bismarck, North Dakota 58502-1695
							Telephone:  701-223-2711
							Facsimile:   701-223-7387
							jhill@zkslaw.com
							rthiem@zkslaw.com

							*Attorneys for Plaintiff*
							*Williston Basin Interstate Pipeline Company*